

# Fourth Court of Appeals
## San Antonio, Texas

August 1, 2019

No. 04-18-00861-CR & 04-18-00862-CR

Juan **ORTIZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR7171, 2018CR0457
Honorable Sid L. Harle, Judge Presiding

# O R D E R

By order dated May 17, 2019, we abated these appeals to the trial court for an abandonment hearing. *See* TEX. R. APP. P. 38.8(b)(2). We ordered the trial court to make the necessary findings required by our order and cause a supplemental clerk's record and supplemental reporter's record to be filed in this court no later than June 17, 2019. By order dated June 25, 2019, this court granted the trial court's request to extend the deadline to August 1, 2019.

On July 31, 2019, the supplemental records were filed. The trial court found appellant desires to prosecute his appeals and appointed counsel had not abandoned the appeals. It is therefore ORDERED that the appeals are REINSTATED on the docket of this court. Appellant's brief must be filed no later than August 19, 2019.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of August, 2019.



KEITH E. HOTTLE,
Clerk of Court